February 20, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

DONNA LYNN MORALE, Appellant

NO. 14-13-00965-CV                                 V.

ELIZABETH WILLIAMS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 14, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Donna  Lynn Morale.

We further order this decision certified below for observance.